IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-02158-MSK-PAC

QUETZELINA LUBE,

    Plaintiff,

v.

NCO FINANCIAL SERVICES,

    Defendant.

_____

## OPINION AND ORDER DENYING MOTION FOR RECONSIDERATION
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion for Reconsideration **(# 62)**.

On August 4, 2004, the Court dismissed **(# 54)** this action based on the Plaintiff's failure to pay sanctions imposed by the Court. The Plaintiff sought reconsideration of that Order on October 12, 2004 **(# 55, 56)**, but the Court denied that request on November 10, 2004 **(# 61)**. More than two years after that denial, the Plaintiff again moves for reconsideration **(# 62)**, but even construed liberally in light of the Plaintiff's *pro se* status, she raises no facts or law warranting reconsideration of the Court's prior rulings. Accordingly, the Motion for Reconsideration **(# 62)** is **DENIED**.

Dated this 1st day of August, 2007

                                                    **BY THE COURT:**

                                                *[signature]*
                                                _____

                                                Marcia S. Krieger
                                                United States District Judge