**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

Civil Action No. 02-cv-02158-MSK-PAC

**QUETZELINA LUBE,**

 Plaintiff,

v.

**NCO FINANCIAL SERVICES,**

 Defendant.

_____

**OPINION AND ORDER DENYING MOTION FOR RECONSIDERATION**
_____

 **THIS MATTER** comes before the Court on the Plaintiff Quetzelina Lube's Motion for Reconsideration **(#68)** of the Court's Order dismissing her case.

 On August 4, 2004, the Court dismissed **(#54)** this action based on the Plaintiff's failure to pay sanctions imposed by the Court. The Plaintiff sought reconsideration of that Order on October 12, 2004 **(#55, 56)**, but the Court denied that request on November 10, 2004 **(#61)**. More than two years after that denial, the Plaintiff again moved for reconsideration **(#62)**. That motion was denied on August 1, 2007 **(#65)**.

 Now, over nine years since this case was dismissed, the Plaintiff has filed a third successive motion for reconsideration. Even construing the motion liberally in light of the Plaintiff's *pro se* status, the Court finds that she has not raised any facts or law warranting reconsideration of the Court's prior rulings. Accordingly, the Motion for Reconsideration **(#68)** is **DENIED**.

No further filings will be accepted in this case.

Dated this16th day of Decmber, 2013

                                    **BY THE COURT:**

_____

                                    Marcia S. Krieger
                                    Chief United States District Judge